**No. P67/59.**—Tokyo International Commerce Co., Inc., and Traders Service Corp. *v.* United States, protest 64/18097 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of "synthetic rubber chest high waders" and that the issues are similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

**No. P67/60.**—Rettrain Imports, Inc. *v.* United States, protests 66/6364, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respect to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 13, 1967

**No. P67/61.**—Aimcee Wholesale Corp. and W. J. Byrnes & Co. of N.Y., Inc., et al. *v.* United States, protests 63/2215, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of battery-operated mixers similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiffs was sustained.